United States Court of Appeals
Fifth Circuit

**F I L E D**

June 12, 2007

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 06-10886

In The Matter Of: KEVCO INC

Debtor

------------------------

COASTAL INDUSTRIES, INC.

Appellant

VERSUS

DENNIS FAULKNER, Plan Administration Agent

Appellee

Appeal from the United States District Court
For the Northern District of Texas, Fort Worth
4:05-CV-691

Before HIGGINBOTHAM, DAVIS, and WIENER, Circuit Judges.

PER CURIAM:[1]

After reviewing the record and considering the argument of counsel and the briefs of the parties, we are satisfied the district court committed no reversible error. We, therefore, affirm the judgment of the district court essentially for the

---

[1]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

reasons stated in the Bankruptcy Court's thorough Memorandum Opinion dated June 30, 2005.

AFFIRMED.